2022-02807

J

Section 15

FILED

2022 MAR 31 A 10:42

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. DIVISION " "

MICHAEL MARTINEZ

VERSUS

JARED KOURIS, TEANNA DELANEY, INTERNATIONAL RIVERCENTER, LLC, INTERNATIONAL RIVERCENTER LESSEE, LLC, and HILTON RIVERSIDE, LLC

FILED:____________________ ____________________

DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiff, Michael Martinez an individual of the full age of majority, who respectfully files this *Petition for Damages*, and asserts as follows:

1. Made defendants herein are:

   (1) Jared Kouris, an individual of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

   (2) Teanna Delaney, an individual of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

   (3) International Rivercenter, LLC, a domestic corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, who upon information and belief, managed and/or owned the property wherein Plaintiff was injured.

   (4) International Rivercenter Lessee, LLC, a domestic corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, who upon information and belief, managed and/or owned the property wherein Plaintiff was injured.

   (5) Hilton Riverside, LLC, a foreign corporation, domiciled in the State of Delaware, licensed to do an doing business in the Parish of Orleans, who at all relevant times was the owner and/or operator of the property wherein Plaintiff was injured.

2. During the April 2, 2021, weekend, Michael Martinez was attending a trade show conference at the Morial Convention Center. For convenience, he chose to stay at the Hilton Riverside, located at 2 Poydras St., New Orleans, La. 70130.

3. During that weekend, Mr. Martinez met a woman, Ms. Delaney, through friends.

**EXHIBIT "A"**

VERIFIED

Cederick Favaroth

2022 APR 01 A 09:23



E-Filed

2022-02807
J
Section 15
FILED
2022 MAR 31 A 10:42
CIVIL
DISTRICT COURT

4. Mr. Martinez and Mr. Delaney communicated back and forth during the weekend, eventually making plans to meet up at Mr. Martinez's hotel room on the night of April 3, 2021.
5. Mr. Martinez and Ms. Delaney did in fact meet up. During their time together, Mr. Martinez showed Ms. Delaney his watch collecting.
6. At some point in the night, Mr. Martinez passed out.
7. In the early morning hours of April 4, 2021, Mr. Martinez was awoken by a loud knock at his door.
8. Upon opening his hotel door, Mr. Martinez was confronted by a man later identified as Jared Kouris. Mr. Martinez did not know Mr. Kouris as the two had not previously met.
9. Mr. Kouris told Mr. Martinez that Ms. Delaney needed to leave.
10. A brief argument ensued, during which time, Mr. Martinez noticed money was missing from his wallet.
11. Due to the missing money, Mr. Martinez became concerned that his watches were also missing.
12. Mr. Martinez accused Ms. Delaney of taking his money and possibly his watches, which further escalated the argument between Mr. Martinez and Mr. Kouris.
13. During the argument between Mr. Martinez and Mr. Kouris, Mr. Kouris pulled out a gun and shot Mr. Martinez in the upper thigh area.
14. At all relevant times, International Rivercenter LLC, International Rivercenter Lessee, LLC, and/or the Hilton Riverside, LLC were the owner(s) and/or operator(s) of the Hotel named The Hilton Riverside, which is located at 2 Poydras St., New Orleans, La. 70130.
15. Upon information and belief, The Hilton Riverside maintains a security policy in which a security guard is to be always present during the night in the elevator areas, in order to ensure that only guest of the hotels are able to access the upper floors where rooms are located.
16. Alternatively, it is best practice to maintain a security guard at the elevator banks at night for the purpose of preventing unauthorized individuals from accessing floors where rooms are located.
17. Upon information and belief, Mr. Kouris was able to access Mr. Martinez's room due to a failure in the safeguards that the hotel should have had in place.



E-Filed

2022-02807
J
Section 15

FILED
2022 MAR 31 A 10:42
CIVIL
DISTRICT COURT

18. Ms. Delaney is liable unto Petitioner due to her conversion of money taken from Petitioner as well as one of his watches.

19. Mr. Kouris is liable unto Petitioner due to the battery committed upon him when Mr. Kouris shot Petitioner in Petitioner's leg.

20. The incident sued upon was caused by International Rivercenter, LLC, International Rivercenter Lessee, LLC and/or Hilton Riverside, LLC in the following non-exclusive particulars:

    (1) Failure to maintain proper security policy and/or procedure;

    (2) Failure to properly train its security guards;

    (3) Failure to follow its security policy and/or procedures;

    (1) Failure to enforce its security policy and/or procedures;

    (2) Vicarious liability and/or respondent superior due to any negligent actions of any security guard who was tasked with working the elevator banks at the time of the incident in question; and

    (3) Failure to properly safeguard its guests, which the hotel has a legal obligation to do.

All of the above in violation of the laws of the State of Louisiana, Parish of Orleans, as amended, as if copied at this point in extenso.

21. As a result of the above-described accident and defendant's negligence, plaintiff's negligence, Mr. Martinez sustained personal injuries and damages in the form of past, present, and future medical expenses, past, present, and future physical and mental pain and suffering, loss of enjoyment of life, mental anguish and inconvenience, loss of society, all of which entitle plaintiffs to recover from all defendants, jointly, severally, and in solido, an amount reasonable to compensate plaintiffs for said damages.

WHEREFORE, plaintiff, Michael Martinez, prays that his *Petition for Damages* be filed, that defendants, Jared Kouris, Teanna Delaney, International Rivercenter, LLC, International Rivercenter Lessee, LLC, and Hilton Riverside, LLC, be duly cited and served with a certified copy of same, and that after due proceedings are had herein, that there be judgment in favor of plaintiff and against defendants, jointly, severally, and in solido for any and all damages sustained by plaintiff, with legal interest, from the date of judicial demand, and for all costs of these proceedings.



E-Filed

2022-02807

J

Section 15

FILED

2022 MAR 31 A 10:42

CIVIL

DISTRICT COURT

Plaintiff further prays for all general and equitable relief.

Respectfully Submitted,

**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC**

Galen M. Hair, Esq. (La. Bar 32865)
David C. Spinner, Esq. (La. Bar 34771)
Hair Shunnarah Trial Attorneys, LLC
3540 S. I-10 Service Rd., Suite 300
Metairie, LA 70001
Hair@hairshunnarah.com
Spinner@hairshunnarah.com
Phone: (504) 684-5200
Fax: (504) 613-6351
*Attorneys for Plaintiffs*

**PLEASE SERVE:**

(1) **Jared Kouris**
3203 Singletary Dr. Apt. 112
Baker La. 70714

(2) **Teanna Delaney**
2908 Phillip St.
New Orleans, La 70113

**PLEASE HOLD SERVICE FOR:**

(3) **International Rivercenter, LLC**

(4) **International Rivercenter Lessee, LLC**

(5) **Hilton Riverside, LLC**



E-Filed